# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

## SUPREME COURT of OHIO
### COLUMBUS

**Chief Justice**—C. T. Marshall, Zanesville.

**Judges**—Benson W Hough, Delaware; R. M. Wanamaker, Akron; Thomas A. Jones, Columbus; Edward S. Matthias, Van Wert; James E. Robinson, Marysville; George H. Clark, Canton.

**Clerk**—Seba H. Miller, Springfield.

**Attorney General**—John G. Price, Columbus; Bell

**Regular Term**—First Tuesday after first Monday of January, at Columbus.

**Reporter**—John W. L. Henney, Columbus; Bell

**Assistant Reporters**—Clinton Collins, H. L. Connett, Columbus.

### LAW LIBRARY

**Librarian**—John W. Shaw, Troy.

**Assistants**—Robert L. Hoyt, James P. Martindale, A. W. Buckmaster, W. W. McDonald, all of Columbus; Philip Allen, New Lexington.

## SUPREME COURT
## Proceedings
### GENERAL DOCKET
#### Tuesday, December 26, 1922

### GENERAL DOCKET

17129—H. Sage Valentine, Auditor, et al. v. The Canada Life Assurance Co.; error to the Court of Appeals of Franklin county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones Matthias and Clark, JJ., concur.

17301—James M. Perkins v. Industrial Commission of Ohio; error to the Court of Appeals of Mahoning county. Judgment reversed. Marshall, C. J., Hough Wanamaker, Robinson, Jones and Matthias, JJ., concur. Clark, J., took no part in the consideration or decision of the case.

17345—Ray West v. Ella Lucas et al.; error to the Court of Appeals of Mahoning county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17503—The Ohio Bell Telephone Co. v. The Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Order reversed. Marshall, C. J., Hough, Robinson, Jones, Matthias and Clark, JJ., concur. Wanamaker, J., dissents.

17571—W. H. Keifer v. The State of Ohio; error to the Court of Appeals of Huron county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17612—Roy Stockum v. The State of Ohio; error to the Court of Appeals of Drake county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

### GENERAL DOCKET

17383—The State, ex rel. S. A. Turner et al v. A. J. Fender et al. In Quo Warranto. Judgment for relator. Marshall, C. J., Hough, Wanamaker, Robinson, Jones and Matthias, JJ., concur. Clark, J., took no part in the consideration or decision of the case.

17416—Harry S. Seaman v. The State of Ohio; error to the Court of Appeals of Montgomery county. Judgment reversed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones and Clark, JJ., concur.

17421—Edward F. Houck v. Sttate of Ohio; error to the Court of Appeals of Warren county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17422—Edward F. Houck v. State of Ohio; error to the Court of Appeals of Warren county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17492—The State, ex rel. C. A. Maxwell, Pros. Atty., v. D. Wilson et al. In Quo Warranto. Judgment for relators. Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur. Marshall, C. J., took no part in the consideration or decision of the case.

17559—The Van Wert Gas Light Co. v. The Public Utilities Commission of Ohio et al.; error to the Public Utilities Commission. Order affirmed. Marshall, C. J., Hough Wanamaker, Robinson and Clark, JJ., concur. Matthias, J., took no part in the consideration or decision of the case.

17564—Ludie Clifford Shelton v. The State of Ohio; error to the Court of. Appeals of Hamilton county. Judgment affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17573—The Cleveland & Eastern Traction Co. v. The Public Utilities Commission of Ohio et al.; error to the Public Utilities Commission. Order affirmed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

17588—The State, ex rel. George E. Grant v. The Joint Board of County Commissioners of Wood and Hancock counties et al. In Mandamus. Demurrer to answer overruled and petition dismissed. Marshall, C. J., Hough, Wanamaker, Robinson, Jones, Matthias and Clark, JJ., concur.

### MOTION DOCKET

17635—The Tax Commission of Ohio, ex rel. John G. Price, Attorney General, v. W. H. Lamprecht, Admr. Motion by plaintiff to dispense with printing record. Sustained.

17671—Mority Solkovitch v. B. H. Dorfman. Motion for an order directing the Court of Appeals of Montgomery county to certify its record. Overruled.

17672—Louisa Williams et al. v. Joseph Lewis. Motion for an order directing the Court of Aappeals of Cuyahoga county to certify its record. Overruled.

17679—Maria Esenwein et al v. Pasquale Fratiani et al. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

17701—J. Stewart White v. Ray S. Snodgrass et al. Motion for an order directing the Court of Appeals of Summit county to certify its record. Overruled.